# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC MILES

NO. 2024 KW 0848

**NOVEMBER 4, 2024**

---

In Re:   Eric Miles, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-11-0009 & 03-17-0030.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's "Motion for Amended and Concurrent Sentence," filed June 10, 2024, on or before December 3, 2024. A copy of the district court's action shall be filed in this court on or before December 10, 2024.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT